

DAVID BURCHARD
CHAPTER 12 TRUSTEE
P.O. BOX 4862
FOSTER CITY, CA 94404
TELEPHONE (650) 638-1250

Signed and Filed: August 15, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

BRAMBILA, GUSTAVO and

BRAMBILA, JO ANN

                     Debtors

Case No.: 19-10172 DM

Chapter 12

### ORDER CONFIRMING CHAPTER 12 PLAN

     After a hearing on August 6, 2019, and it appearing that the Chapter 12 Plan in this case meets the requirements of 11 U.S.C. § 1225(a) of the Bankruptcy Code,

**IT IS ORDERED** that the Second Amended Chapter 12 Plan dated July 2, 2019 is confirmed.

**IT IS FURTHER ORDERED**, except insofar as inconsistent with anything above:

1) The first payment under the plan shall be due by September 20, 2019. All future payments will be due by the 20th of each month. Disbursements by the Chapter 12 Trustee shall commence with the September 2019 disbursement and shall continue through August 2024.

2) With regards to the Class 1 Claim (Wells Fargo Bank, N.A., as Trustee for the Certificate Holders of Banc of America Alternative Loan Trust 2003-8, Mortgage Passthrough Certificates, Series 2003-8): Class 1 claim shall be secured in the amount of $373,044.26 to be amortized over 30 years at the rate of 6.5% interest. The equal monthly payment shall be $2,357.89 to the Class 1 claimant commencing September 20, 2019. This payment does **not** include escrow amounts due for property taxes and insurance. Debtors shall make property tax and insurance payments for the Subject Property directly to the appropriate parties and shall provide proof of insurance for the Subject Property to the Class 1 claimant by September 9, 2019 to allow the loan to be de-escrowed. If the Debtors fail to provide said proof of insurance, the loan shall remain escrowed and the Class 1 claimant may proceed with relief from the automatic stay. All other remaining terms of the original loan documents shall remain in effect. Said monthly payments of $2,357.89 will be paid monthly by the Chapter 12 Trustee from payments received from Debtors. After completion of the plan, Debtors shall make payments directly to said creditor.

Approved as to form and content:


/s/ EVAN LIVINGSTON          8/12/2019

EVAN LIVINGSTON
Attorney for Debtors


/s/ GILBERT R. YABES          8/14/2019
GILBERT R. YABES
Aldrige Pite, LLP
Attorney for Creditors, Wells Fargo Bank, N.A., as Trustee for
The Certificate Holders of Banc of America Alternative Loan Trust
2003-8, Mortgage Pass-Through Certificates, Series 2003-8


***END OF ORDER***

**COURT SERVICE LIST**

GUSTAVO BRAMBILA
JO ANN BRAMBILA
1021 LORRAINE DRIVE
NAPA, CA 94558